IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CEDRIC MCSWAIN**                                                                                          PLAINTIFF

v.                                      No. 4:13-cv-122-DPM

JOSH HASTINGS; HUNTER GLOVER;
BRAD LANN; KEVIN WEBB; STUART THOMAS,
in his official capacity as Chief of Police of
Little Rock, Arkansas; and KEITH BEDWELL,
in his official capacity as Chief of Police of
Sherwood, Arkansas                                                                                          DEFENDANTS

ORDER

McSwain has missed the 15 November 2014 deadline for informing the Court about new counsel or proceeding pro se. № 48. In any event, McSwain's responses to the summary judgment motions remain due by 15 December 2014.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_25 November 2014_