IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CEDRIC McSWAIN                                                                PLAINTIFF

v.                          No. 4:13-cv-122-DPM

JOSH HASTINGS; HUNTER GLOVER;
BRAD LANN; KEVIN WEBB; STUART THOMAS,
in his official capacity as Chief of Police of
Little Rock, Arkansas; and KEITH BEDWELL,
in his official capacity as Chief of Police of
Sherwood, Arkansas                                                          DEFENDANTS

## JUDGMENT

All of McSwain's federal claims are dismissed with prejudice. All of McSwain's state claims are dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 February 2015